# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rose, Thomas M. | 2. Court or Organization<br><br>U.S. District Ct., S.D. Ohio | 3. Date of Report<br><br>5/9/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | KSJ Stables LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976 | Public Employees Retirement System, no control, retirement |
| 2. 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Ohio Public Employee Retirement System (Retirement) | $80,306.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcap Fund Inc. Class A Am Funds | A | Dividend | | | Sold | 01/03/12 | K | A | |
| 2. Small Cap World Fund Class A Am Funds | A | Dividend | | | Sold | 01/06/12 | K | A | |
| 3. Aim Mutual Fund Inc. Class A Am Funds | C | Dividend | | | Sold | 01/03/12 | L | A | |
| 4. Capital World Bond Fund Class A Funds | A | Dividend | | | Sold | 01/03/12 | L | A | |
| 5. Euro Pacific Growth B Fd. Class A Am Funds | A | Dividend | | | Sold | 01/06/12 | K | A | |
| 6. Bank of Am Coop Preferred Stock | A | Dividend | J | T | | | | | |
| 7. Citigroup Cap Trust Preferred Stock | A | Dividend | | | Sold | 7/18/12 | J | A | |
| 8. J.P. Morgan Chase Preferred Stock | A | Dividend | | | Sold | 7/12/12 | J | A | |
| 9. Napoleon Ohio SD GO Bonds 12/1/14 | A | Dividend | K | T | | | | | |
| 10. Nat City Cap Preferred Stock | A | Dividend | J | T | | | | | |
| 11. Northridge Ohio SD (Mont Co) GO Bonds 12/1/16 | A | Dividend | J | T | | | | | |
| 12. Sprint Nextel Common Stock | A | Dividend | J | T | | | | | |
| 13. Wilmington Ohio Water Rev Bond 6/15/16 | A | Dividend | J | T | | | | | |
| 14. $American Muni Power Ohio Inc Revenue Bond 2/1/12 | A | Interest | | | Redeemed | 02/01/12 | K | A | |
| 15. @$Buckeye Ohio TOB Settlem BE Fing Auth Asset 6/1/12 | B | Interest | | | Redeemed | 06/01/12 | K | A | |
| 16. $Celina Ohio G.O. Bond 12/1/20 | A | Interest | K | T | | | | | |
| 17. $Centerville Ohio Hlth Ca (Bethany Luthern) Vlg Proj 11/1/14 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. $Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | K | T | | | | | |
| 19. $Clyde Green Springs School Dist. Obligation Bond 12/1/15 | A | Dividend | K | T | | | | | |
| 20. Field, OH Local Sch GO Bonds 12/1/18 | A | Dividend | J | T | | | | | |
| 21. Franklin Co Health Care Fac Bond (Ohio Presb) 7/1/26 | A | Dividend | J | T | | | | | |
| 22. $Hamilton Cnty Ohio Hlth Care Fac Bonds 1/1/13 | B | Interest | K | T | | | | | |
| 23. $Hamilton County Ohio Facs Rev Bonds Children's Hosp 5-13/14 | B | Interest | K | T | | | | | |
| 24. $Independence Ohio LSD 12/1/16 | A | Interest | K | T | | | | | |
| 25. $Mahoning County Ohio Gen Obligation Bonds12/1/21 | B | Interest | K | T | | | | | |
| 26. #$Mansfield (Richland Cnty) Genl Oblig Bonds12/1/13 | B | Interest | K | T | | | | | |
| 27. Ohio St Water Dev. Bonds (First Eng) 7/1/33 | A | Dividend | K | T | | | | | |
| 28. Sweney Cartwright Stock Cash Account | B | Interest | J | T | | | | | |
| 29. Wiggins & Rose Stables L.L.P. | | None | | | Closed | 1/1/12 | J | | |
| 30. KSJ Stables LLP | D | Distribution | K | W | | | | | |
| 31. Alerian MLP ETF | A | Interest | K | T | | | | | |
| 32. Thornburg LTD | B | Interest | | | Sold | 04/20/12 | L | A | |
| 33. Duke Energy | A | Dividend | | | Sold | 11/15/12 | K | A | |
| 34. Johnson Control | A | Dividend | | | Sold | 01/19/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | | | Sold | 03/15/12 | J | B | |
| 36. Dupont | A | Dividend | | | Sold | 10/16/12 | J | A | |
| 37. | A | Dividend | | | Sold | 10/16/12 | J | A | |
| 38. Caterpillar | A | Dividend | | | Sold | 03/06/12 | K | B | |
| 39. Eaton | A | Dividend | K | T | Buy | 3/14/12 | K | | |
| 40. Corning | A | Dividend | J | T | | | | | |
| 41. Ford | A | Dividend | J | T | | | | | |
| 42. Microsoft | A | Dividend | J | T | | | | | |
| 43. Conoco Phillips | A | Dividend | J | T | | | | | |
| 44. Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | K | T | | | | | |
| 45. Cleveland Ohio ARPT Sys Revenue 1/1/15 | A | Interest | K | T | | | | | |
| 46. Ohio State Wtr Dev Auth Bond 6/1/33 | A | Interest | J | T | | | | | |
| 47. Hamiliton Cty, OH Swr Sys FAC Bonds 12/1/17 (X) | A | Interest | K | T | | | | | |
| 48. Ross County, OH Hosp Fac Rev. Bonds (Adena) | A | Interest | K | T | Buy | 01/26/12 | K | | |
| 49. Cisco Systems Common Stock | A | Dividend | | | Buy | 02/10/12 | K | | |
| 50. | A | Dividend | | | Sold | 07/18/12 | K | A | |
| 51. Abbott Lab Common Stock | A | Dividend | | | Buy | 02/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | Sold | 07/23/12 | K | B | |
| 53. Boeing Co. Common Stock | A | Dividend | K | T | Buy | 02/17/12 | K | | |
| 54. Boeing Co. Common Stock | A | Dividend | K | T | Buy | 4/12/12 | J | | |
| 55. Eaton Corp. Common Stock | A | Dividend | K | T | Buy | 03/14/12 | K | | |
| 56. GE Common Stock | A | Dividend | K | T | Buy | 03/26/12 | K | | |
| 57. Weyhaeuser Co. Common Stock | A | Dividend | | | Buy | 04/05/12 | K | | |
| 58. | A | | | | Sold | 07/18/12 | K | B | |
| 59. Berkshire B Common Stock | A | Dividend | K | T | Buy | 04/19/12 | K | | |
| 60. Sun Trust Common Stock | A | Dividend | J | T | Buy | 04/10/12 | J | | |
| 61. Thornburg Value Fund Class A Re/Re/Re | A | Dividend | K | T | Buy | 04/20/12 | K | | |
| 62. Thornburg Invest. Income Class A | B | Dividend | K | T | Buy | 04/20/12 | K | | |
| 63. U.S. Bank Common Stock | A | Dividend | | | Buy | 3/30/12 | J | | |
| 64. | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 65. Phillips 66 Common Stock | A | Dividend | | | Buy | 05/13/12 | J | | |
| 66. | A | Dividend | | | Sold | 10/9/12 | J | B | |
| 67. Sprint Nextel Corp | A | Dividend | J | T | Buy | 8/17/12 | J | | |
| 68. Ishares China Index | A | Dividend | J | T | Buy | 10/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares China Index | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 70. Johnson and Johnson | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 71. Caterpillar | A | Dividend | K | T | Buy | 12/13/12 | K | | |
| 72. Columbia Acorn International Fund | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 73. Credit Suisse Commodity Return | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 74. Fidelity Advisor Mid Capp II Fund | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 75. Fidelity Advisor New Insights Fund Class | A | Dividend | K | T | Buy | 1/4/12 | K | | |
| 76. Franklin High Income Fund Class A | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 77. Harbor Bond Fund Institutional Class | A | Dividend | K | T | Buy | 1/4/12 | K | | |
| 78. Harbor Real Return Fund Institutional | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 79. The Oakmark International Fund | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 80. Perkins Mid Cap Value Fund | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 81. MFS Value Fund Class W | A | Dividend | K | T | Buy | 1/4/12 | K | | |
| 82. MFS International Growth Fund Class W | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 83. T Rowe Price Emerging Markets | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 84. T Rowe Price Real Estate | A | Dividend | J | T | Buy | 1/4/12 | J | | |
| 85. Scout International Fund | A | Dividend | J | T | Buy | 1/4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Global Bond Fund Class A | A | Dividend | J | T | Buy | 1/14/12 | J | | |
| 87. Northern Small Cap Value Fund | A | Dividend | J | T | Buy | 1/14/12 | J | | |
| 88. Pimco Income Fund Class A | A | Dividend | J | T | Buy | 1/14/12 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/9/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544